1  Deborah J. Broyles (SBN 167681)
   Tiffany Renee Thomas (SBN 239085)
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
4  Facsimile:     +1 415 391 8269

5  Attorneys for The Permanente Medical Group,
   Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  SAMIR MOHAMED,                          No.: C-10-01896SC

11                 Plaintiff,               STIPULATION AND [PROPOSED]
                                            ORDER REGARDING DISMISSAL
12          vs.

13  THE PERMANENTE MEDICAL GROUP, INC.,

14                 Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –                              US_ACTIVE-105715342.1
STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL

The parties, through their respective undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that: (1) all claims for relief asserted against THE PERMANENTE MEDICAL GROUP, INC. by SAMIR MOHAMED herein are dismissed with prejudice;  and (2) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: March 24, 2011                      THE TIDRICK LAW FIRM


                                           By: /s/ Steven G. Tidrick
                                               Steven G. Tidrick

                                               Attorneys for Plaintiff
                                               SAMIR MOHAMED


Dated: March 24, 2011                      REED SMITH, LLP


                                           By: /s/ Tiffany Renee Thomas
                                               Tiffany Renee Thomas

                                               Attorney for Defendant
                                               THE PERMANENTE MEDICAL
                                               GROUP, INC.

        UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that: (1) all claims for relief asserted against THE PERMANENTE MEDICAL GROUP, INC. by SAMIR MOHAMED herein are dismissed with prejudice; and (2) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.


IT IS SO ORDERED.


Dated: _____March 29_____, 2011

                                           _____
                                           HON. SAM
                                           Senior United States District Judge

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US_ACTIVE-105715342.1
STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware